## VIRGINIA:

*In the Supreme Court of Virginia held at the Supreme Court Building in the City of Richmond on Thursday the 14th day of March, 2024.*

Present: All the Justices

SHAQUAWN DEMONTE WARREN,                                             APPELLANT,

against          Record No. 230248
                 Court of Appeals No. 0533-22-1

COMMONWEALTH OF VIRGINIA,                                             APPELLEE.

UPON AN APPEAL FROM A
JUDGMENT RENDERED BY THE
COURT OF APPEALS OF VIRGINIA.

Upon consideration of the record, briefs, and argument of counsel, the Court is of the opinion that there is no reversible error in the judgment of the Court of Appeals. Accordingly, the Court affirms the judgment of the Court of Appeals for the reasons stated in *Warren v. Commonwealth*, 76 Va. App. 788 (2023).

This order shall be published in the Virginia Reports and certified to the Court of Appeals of Virginia and the Circuit Court of the City of Chesapeake.

A Copy,

Teste:

*[signature]*

Clerk